UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GT REALTY HOLDINGS LLC | CASE NO: 8-18-75679<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/4/2018, I did cause a copy of the following documents, described below,

Notice of Adjournment of First Meeting of Creditors

Notice of Adjournmen of Initial Case Conference

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2018

/s/ Mark Frankel
Mark Frankel  1989
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE: GT REALTY HOLDINGS LLC

CASE NO: 8-18-75679

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 9/4/2018, a copy of the following documents, described below,

Notice of Adjournment of First Meeting of Creditors

Notice of Adjournmen of Initial Case Conference

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | 290 FEDERAL PLAZA |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | GT REALTY HOLDINGS LLC | CENTRAL ISLIP NY 117224437 |
| 02078 | 501 ATLANTIC AVENUE | |
| CASE 8-18-75679-LAS | FREEPORT NY 11520-5211 | |
| EASTERN DISTRICT OF NEW YORK | | |
| CENTRAL ISLIP | | |
| TUE SEP 4 10-57-46 EDT 2018 | | |

| ATLANTIC AUTO BODY OF FREEPORT LLC | CELTIC BANK | CELTIC BANK |
|---|---|---|
| 501 ATLANTIC AVE | 268 S STATE ST | CO BRYAN CAVE LEIGHTON PAISNER LLP |
| FREEPORT NY 11520-5211 | SUITE 301 | 1290 AVE OF THE AMERICAS |
| | SALT LAKE CITY UT 84111-5314 | NEW YORK NY 10104-0101 |

| CELTIC BANK CORPORATION | COUNTY OF NASSAU TREASURERS OFFICE | INTERNAL REVENUE SERVICE |
|---|---|---|
| 268 S STATE STREET | 1 WEST STREET | PO BOX 7346 |
| SUITE 300 | MINEOLA NY 11501-4813 | PHILADELPHIA PA 19101-7346 |
| SALT LAKE CITY UT 84111-5314 | | |

| INTERNAL REVENUE SERVICE | JIMMY  MIKE REALTY CORP | JIMMY MILONAKIS  MIKE MILONAKIS |
|---|---|---|
| CO US ATTORNEY CLAIMS UNIT | 18 MEYER AVE | CO LAW OFFICE OF LEONARD BRONNER |
| ONE SAINT ANDREWS PLAZA RM 417 | VALLEY STREAM NY 11580-3124 | 64 HILTON AVE |
| NEW YORK NY 10007-1701 | | HEMPSTEAD NY 11550-2122 |

| LAW OFFICE OF LEONARD BRONNER | NYS DEPT OF TAX  FINANCE | PETER TITONE AND ROSALIE TITONE |
|---|---|---|
| 64 HILTON AVE | BANKRUPTCY UNIT | 24 EDNA PL |
| HEMPSTEAD NY 11550-2122 | PO BOX 5300 | BETHPAGE NY 11714-4117 |
| | ALBANY NY 12205-0300 | |

| RICHARD F ARTURA ESQ | SAMUEL HABIBIAN CO SAMUEL HAMPTON LLC | SAMUEL HAMPTON LLC |
|---|---|---|
| PHILLIPS ARTURA  COX | 23 FRONT STREET SUITE 1P | 23 FRONT ST SUITE 1P |
| 165 SOUTH WELLWOOD AVENUE | HEMPSTEAD NY 11550-3639 | HEMPSTEAD NY 11550-3639 |
| LINDENHURST NY 11757-4902 | | |

| SAMUEL HAMPTON LLC | STATE OF NEW YORK | TOWN OF HEMPSTEAD |
|---|---|---|
| 501 ATLANTIC AVE | ATTORNEY GENERALS OFFICE | 200 NORTH FRANKLIN ST |
| FREEPORT NY 11520-5211 | 120 BROADWAY | MINEOLA NY 11501 |
| | NEW YORK NY 10271-0332 | |

| UNITED STATES ATTORNEY | UNITED STATES TRUSTEE | UNITED STATES OF AMERICA |
|---|---|---|
| EASTERN DISTRICT OF NEW YORK | LONG ISLAND FEDERAL COURTHOUSE | CO US ATTORNEY |
| 147 PIERREPONT PLAZA | 560 FEDERAL PLAZA - ROOM 560 | 86 CHAMBERS STREET |
| BROOKLYN NY 11201-2712 | CENTRAL ISLIP NY 11722-4456 | NEW YORK NY 10007-1825 |

| VILLAGE OF FREEPORT | MARK A FRANKEL |
|---|---|
| 46 NORTH OCEAN AVE | BACKENROTH FRANKEL  KRINSKY LLP |
| FREEPORT NY 11520-3094 | 800 THIRD AVENUE |
| | 11TH FLOOR |
| | NEW YORK NY 10022-7651 |