UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                               Chapter 11

    GT Realty Holdings LLC                   Case no.  18-75679

                    Debtor.
---------------------------------------------------------x

## NOTICE OF HEARING

      PLEASE TAKE NOTICE, a hearing will be held on May 7, 2019 at 11:00 a.m. (the "Hearing") before the Honorable Louis A. Scarcella, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, NY 11722 to consider the annexed application ("Application") of GT Realty Holdings LLC, (the "Debtor") for the entry of an order substantially in the form annexed hereto, approving the Debtor's Disclosure Statement under Section 1125 of the Bankruptcy Code.

      PLEASE TAKE FURTHER NOTICE, that a copy of the Disclosure Statement is filed with the Clerk of the Bankruptcy Court and may also be obtained upon request made to the undersigned.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned proposed Debtor's counsel, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Honorable Louis A. Scarcella's chambers, so as to be received at least seven (7) days prior to the Hearing date.

Dated:  New York, New York
        March 7, 2019

                                          BACKENROTH FRANKEL & KRINSKY, LLP

                          By:   s/ Mark Frankel
                                800 Third Avenue
                                New York, New York  10022
                                (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                          Chapter 11

   GT Realty Holdings LLC   Case no.  18-75679

      Debtor.
----------------------------------------------------------x

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

   A Disclosure Statement ("Disclosure Statement") under chapter 11 of the Bankruptcy Code having been filed by the above captioned debtor (the "Debtor") on March 7, 2019, referring to the Plan of Reorganization filed by the Debtor on March 7, 2019 ("Plan"); and it having been determined after hearing on notice that the Disclosure Statement contains adequate information;

   IT IS ORDERED, and notice is hereby given that:

   A.  The Disclosure Statement is approved.

   B.  _____ \_\_\_, 2019 at 5:00 p.m. is fixed as the last day for submitting written acceptances or rejections to the Plan referred to above, and ballots indicating acceptance or rejection of the Plan must be received by Backenroth Frankel & Krinsky, LLP, at its offices located at 800 Third Avenue, New York, New York 10022, on or before _____, 2019 at 5:00 p.m., in order to be counted with regard to acceptance or rejection of the Plan.

   C.  Within \_\_ days after entry of this order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 14, shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee as provided in Fed. R. Bankr. P. 3017(d).

   D.  _____, 2019, at 11:00 a.m., or as soon thereafter as counsel may heard, is fixed for the hearing on confirmation of the Plan (the "Hearing"), before the Honorable Louis A. Scarcella, at the United States Bankruptcy Court, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, NY 11722.

   E.  _____, 2019 is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. p. 3020(b)(1), which objections must be filed, served and received by the Debtor's attorneys and the Clerk of Court, with a courtesy copy to Judge Louis A. Scarcella's chambers, at the United States Bankruptcy Court, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, NY 11722.

        F.       This Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Chapter 11

    GT Realty Holdings LLC                    Case no. 18-75679

                   Debtor.
-----------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

       GT Realty Holdings LLC ("Proponent") filed a Plan of Reorganization dated March 7, 2019 (the "Plan") for the Debtor in this case. The Court has approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

       You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

       If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before _____, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

       If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of Dollars ($_____ )

(Check one box only)

[ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated: _____

Print or type name of Creditor: _____

Signature: _____

Title (if corporation or partnership) _____

Address:

_____
_____
_____
_____

**Return this ballot so as to be received on or before _____, 2019 at 5:00 p.m. by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**